1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

10
11
12
   BRYAN HAYNIE,                          )ED CV 12-00815-CAS (SH)
13                                         )
                                           ) JUDGMENT
14                Petitioner,              )
                                           )
15        v.                               )
                                           )
16   WARDEN, LINDA T. McGREW,              )
                                           )
17                Respondent.              )
   _____)
18
          IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed
19
   with prejudice.
20
   DATED: September 28, 2012
21

22                                    _____
                                         CHRISTINA A. SNYDER
23                                    UNITED STATES DISTRICT JUDGE

24
25
26
27
28

                                        1